# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE ESTRADA MARTINEZ, | ) | NO. 2:16-cv-05733-CAS-KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| D. ASUNSION, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 5, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE